# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mark, Robert A. | U.S. Bankruptcy Court S.D. FL | 07/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

301 N. Miami Avenue
4th Floor
Miami, FL 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/13/19 | LexisNexis-Author's Fee - Collier on Bankruptcy | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Mark Collection |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 01/06/2019 - 01/09/2019 | Grand Cayman, Cayman Islands | Non-FJC educational seminar or program | Transportation, meals, lodging |
| 2. | Bankruptcy Bar Association | 05/09/2019 - 05/12/2019 | Key Largo, Florida | Activity of professional association or civic organization | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | "Trust 1" Northern Trust Bank - 1 Cash Account | A | Int./Div. | J | T | | | | | |
| 2. | "Trust 2" Northern Trust Bank - 2 Cash Account | D | Int./Div. | M | T | | | | | |
| 3. | "Trust 1" Northern Trust Bank - 3 Cash Account | | None | J | T | | | | | |
| 4. | "Trust 1" Mark Collection | | None | K | W | | | | | Note #1 |
| 5. | "Trust 1" Northern Trust Bank - 4 Cash Account | | None | K | T | | | | | |
| 6. | "Trust 1" Northern Trust Bank - 5 Cash Account | | None | J | T | | | | | |
| 7. | "Trust 1" Northern Trust Bank - 14 Cash Account | | None | J | T | | | | | |
| 8. | "Trust 2" Encore Nursing Centers | | None | J | W | | | | | |
| 9. | "Trust 2" AT&T Inc Com | D | Int./Div. | M | T | Sold (part) | 11/15/19 | J | C | |
| 10. | "Trust 2" Patterson Cos Inc Com | D | Int./Div. | M | T | Sold (part) | 11/15/19 | J | | |
| 11. | "Trust 2" Daimler AG | D | Int./Div. | M | T | Sold (part) | 11/15/19 | J | A | |
| 12. | "Trust 2" Kohl's Corp | D | Int./Div. | M | T | Sold (part) | 05/01/19 | J | C | |
| 13. | | | | | | Sold (part) | 11/15/19 | J | B | |
| 14. | | | | | | Sold (part) | 12/17/19 | K | | |
| 15. | "Trust 2" Verizon Communications | D | Int./Div. | N | T | Sold (part) | 05/01/19 | J | B | |
| 16. | | | | | | Sold (part) | 11/15/19 | J | B | |
| 17. | "Trust 2" Booking Hldgs | | None | K | T | Sold (part) | 10/01/19 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mark, Robert A.** | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. "Trust 2" Booking Hldgs | | | | | Sold (part) | 11/15/19 | J | D | |
| 19. "Trust 2" Hospitality PPTYS Name Change Service PPTYS | E | Int./Div. | M | T | Sold (part) | 11/15/19 | J | | |
| 20. | | | | | Sold (part) | 12/17/19 | L | | |
| 21. "Trust 2" Penske Automotive Group Inc | D | Int./Div. | M | T | Sold (part) | 05/01/19 | M | E | |
| 22. | | | | | Sold (part) | 11/15/19 | J | C | |
| 23. "Trust 2" Royal Dutch Shell PLC | D | Int./Div. | M | T | Sold (part) | 11/15/19 | J | B | |
| 24. "Trust 2" Taiwan Semiconductor Mfg Co Ltd | C | Int./Div. | L | T | Sold (part) | 05/01/19 | L | E | |
| 25. | | | | | Sold (part) | 11/15/19 | K | E | |
| 26. "Trust 2" Alimentation Couche-Tard Inc | A | Int./Div. | M | T | Sold (part) | 11/15/19 | J | C | |
| 27. "Trust 2" Amgen Inc | C | Int./Div. | M | T | Sold (part) | 11/15/19 | J | | |
| 28. "Trust 2" Forward Air Corp | B | Int./Div. | M | T | Sold (part) | 11/15/19 | J | B | |
| 29. "Trust 2" HNI Corp | C | Int./Div. | M | T | Sold (part) | 10/01/19 | J | | |
| 30. | | | | | Sold (part) | 11/15/19 | J | A | |
| 31. "Trust 2" Infosys Limited | D | Int./Div. | M | T | Sold (part) | 11/15/19 | J | A | |
| 32. "Trust 2" Starbucks | C | Int./Div. | M | T | Sold (part) | 08/02/19 | K | E | |
| 33. | | | | | Sold (part) | 10/01/19 | K | D | |
| 34. | | | | | Sold (part) | 11/15/19 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mark, Robert A.** | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | "Trust 2" Western Alliance Bancorporation | A | Int./Div. | L | T | Sold (part) | 11/06/19 | K | | |
| 36. | "501 Eagle" Northern Trust Bank - 13 Cash Account | A | Int./Div. | K | T | | | | | |
| 37. | "501 Eagle" AT&T Inc Com | B | Int./Div. | K | T | Sold (part) | 07/24/19 | J | B | |
| 38. | | | | | | Sold (part) | 11/15/19 | J | A | |
| 39. | "501 Eagle" Patterson Cos Inc Com | B | Int./Div. | K | T | Sold (part) | 11/15/19 | J | | |
| 40. | "501 Eagle" Daimler AG | B | Int./Div. | K | T | Sold (part) | 11/15/19 | J | A | |
| 41. | "501 Eagle" Kohl's Corp | B | Int./Div. | K | T | Sold (part) | 05/01/19 | K | C | |
| 42. | | | | | | Sold (part) | 11/15/19 | J | A | |
| 43. | "501 Eagle" Verizon Communications | B | Int./Div. | K | T | Sold (part) | 05/01/19 | J | C | |
| 44. | | | | | | Sold (part) | 07/24/19 | J | C | |
| 45. | | | | | | Sold (part) | 11/15/19 | J | A | |
| 46. | "501 Eagle" Booking Hldgs | | None | K | T | Sold (part) | 11/15/19 | J | B | |
| 47. | "501 Eagle" Hospitality PPTYS Name Change Service PPTYS | C | Int./Div. | K | T | Sold (part) | 11/15/19 | J | | |
| 48. | "501 Eagle" Penske Automotive Group Inc | A | Int./Div. | | | Sold | 05/01/19 | L | D | |
| 49. | "501 Eagle" Royal Dutch Shell PLC | B | Int./Div. | K | T | Sold (part) | 11/15/19 | J | A | |
| 50. | "501 Eagle" Taiwan Semiconductor Mfg | | None | | | Sold | 05/01/19 | J | C | |
| 51. | "501 Eagle" Amgen inc | A | Int./Div. | J | T | Sold (part) | 11/15/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mark, Robert A.** | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   "501 Eagle" Forward Air Corp | A | Int./Div. | K | T | Sold<br>(part) | 11/15/19 | J | A | |
| 53.   "501 Eagle" HNI Corp | A | Int./Div. | K | T | Sold<br>(part) | 11/15/19 | J | A | |
| 54.   "501 Eagle" Infosys Limited ADR | A | Int./Div. | K | T | Sold<br>(part) | 11/15/19 | J | A | |
| 55.   "501 Eagle" Starbucks | A | Int./Div. | | | Sold<br>(part) | 07/24/19 | J | C | |
| 56. | | | | | Sold | 11/15/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mark, Robert A.** | 07/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1: Part VII, line 4: The Mark Collection is a Limited Liability Company beneficially owned by a member of my family.  The company provides services and owns jewelry and gift items which are sold directly or on consignment.

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/06/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert A. Mark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544